1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  KATHY DINE,                    )  CV 05-3773 RSWL (PLAx)
                                    )
12               Plaintiff,         )
                                    )  **JUDGMENT**
13       v.                         )
                                    )
14                                  )
    METROPOLITAN LIFE INSURANCE     )
15  COMPANY; THE BOEING            )        JS-6
    EXTENDED DISABILITY            )
16  BENEFITS PLAN; THE BOEING      )
    MEDICAL PLAN; THE BOEING       )
17  LIFE INSURANCE PLAN; and       )
    THE BOEING PENSION             )
18  PLAN/RETIREMENT PLAN,          )
                                    )
19                                  )
                                    )
20               Defendants.        )
    _____)

21       The evidence having been fully considered, the

22  issues having been duly heard, and a decision having

23  been duly rendered,

24       **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

25  judgment be entered in favor of Defendants and against

26  ///

27  ///

28  ///

1

1   Plaintiff Kathy Dine.  Defendants shall recover the

2   costs of suit, in accord with Federal Rule of Civil

3   Procedure 54(d).

4

5   **IT IS SO ORDERED.**

6   DATED: October 27, 2009

7

8                              / s /
                    _____
9                    **HONORABLE RONALD S.W. LEW**
                     Senior, U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28