JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kathy Dine, ) | CV 05-3773 RSWL (PLAx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| Metropolitan Life Insurance ) | |
| Company, The Boeing ) | |
| Extended Disability ) | |
| Benefits Plan, The Boeing ) | |
| Medical Plan, The Boeing ) | |
| Life Insurance Plan, and ) | |
| The Boeing ) | |
| Pension/Retirement Plan, ) | |
| ) | |
| ) | |
| Defendants. ) | |

On December 7, 2011, the Court filed and spread the mandate of the Ninth Circuit Court of Appeals [103]. Accordingly, judgment is hereby entered in favor of Plaintiff Kathy Dine ("Plaintiff") and against Defendants Metropolitan Life Insurance Company, The Boeing Extended Disability Benefits Plan, The Boeing Medical Plan, The Boeing Life Insurance Plan, and The Boeing Pension/Retirement Plan ("Defendants"). Thus,

1

pursuant to the Ninth Circuit Mandate, Defendants are
hereby ordered to reinstate Plaintiff's long-term
disability benefits.


**IT IS SO ORDERED.**

DATED: December 9, 2011.

RONALD S.W. LEW

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge